UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SMITHGROUP, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**PURE ARCHITECTURE AND DEVELOPMENT, PLLC d/b/a Pure Architects, and MARY FREE BED REHABILITATION HOSPITAL, INC., a Michigan corporation,**<br><br>Defendants. | Case No. 1:24−cv−00249−RJJ−RSK<br><br>Hon. Robert J. Jonker<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

On May 22, 2024, and in conformance with the Court's Opinion and Order (ECF No. 24-1), SmithGroup, Inc. filed an Amended Demand for Arbitration with the American Arbitration Association ("AAA"), which included, as an exhibit, a Complaint adding Pure Architects as a party respondent to a previously filed arbitration against Mary Free Bed Rehabilitation Hospital. In addition to adding Pure Architects as a respondent to the arbitration with the AAA, SmithGroup's Amended Demand for Arbitration included the claims for monetary and injunctive relief related to the copyright infringement claim SmithGroup previously brought against the Mary Free Bed and Pure Architects, which is presently stayed.

Pure Architects and Mary Free Bed Hospital were served with the Amended Demand for Arbitration and each has filed responsive pleadings in the parallel arbitration.

On July 29, 2024, the AAA indicated that it would proceed with the appointment of an arbitrator and that it would distribute a list of prospective arbitrators to the parties. The parties

are presently awaiting receipt of the prospective list for the appointment of the arbitrator in conformance with the AAA rules.

Respectfully submitted this 6th day of August, 2024.

| | |
|---|---|
| */s/ John S. LeRoy* | */s/ K. Scott Hamilton (w/permission)* |
| John S. LeRoy (P61964) | John G. Cameron, Jr. |
| Reza Roghani Esfahani (P83787) | K. Scott Hamilton |
| **BROOKS KUSHMAN P.C.** | Christopher A. Cornwall |
| 150 W. Second St., Suite 400N | **DICKINSON WRIGHT PLLC** |
| Royal Oak, MI 48067-3846 | 500 Woodward Avenue, Suite 4000 |
| Telephone: (248) 358-4400 | Detroit, MI  48226-3425 |
| Fax: (248) 358-3351 | Telephone: (313) 223-3530 |
| Email: jleroy@brookskushman.com | Email: jcameron@dickinsonwright.com |
|         resfahani@brookskushman.com |          khamilton@ dickinsonwright.com |
| | ccornwall@ dickinsonwright.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |