# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **SMITHGROUP, INC.,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**PURE ARCHITECTURE AND DEVELOPMENT, PLLC d/b/a Pure Architects, and MARY FREE BED REHABILITATION HOSPITAL, INC.,** a Michigan corporation,<br><br>　　　　　Defendants. | **Case No. 1:24−cv−00249−RJJ−RSK**<br><br>**Hon. Robert J. Jonker**<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

On May 22, 2024, in conformance with the Court's Opinion and Order (ECF No. 24-1), SmithGroup, Inc. filed an Amended Demand for Arbitration with the American Arbitration Association ("AAA"), which included, as an exhibit, a Complaint adding Pure Architects as a party respondent to a previously filed arbitration against Mary Free Bed Rehabilitation Hospital.

On June 3, 2024, Mary Free Bed Rehabilitation Hospital and Pure Architects filed a combined answer and counterclaim with the AAA.

On October 17, 2024, the AAA appointed Bruce M Pregler as arbitrator. Mr. Pregler is an attorney with the law firm Facca Richter & Pregler located in Troy, MI. Neither party objected to the AAA's appointment of Mr. Pregler.

On October 31, 2024, Mr. Pregler and AAA ADR manager John Fenimore presided over an initial call with counsel for the parties to set the schedule for the arbitration, with the arbitration hearing set for July 2025. A scheduling order will be forthcoming reflecting the agreements

reached by the parties and Messrs. Pregler and Fenimore on the initial call.

Respectfully submitted this 4th day of November, 2024.

| | |
|---|---|
| */s/ John S. LeRoy*<br>John S. LeRoy (P61964)<br>Reza Roghani Esfahani (P83787)<br>**BROOKS KUSHMAN P.C.**<br>150 W. Second St., Suite 400N<br>Royal Oak, MI 48067-3846<br>Telephone: (248) 358-4400<br>Fax: (248) 358-3351<br>Email: jleroy@brookskushman.com<br>           resfahani@brookskushman.com<br><br>*Attorneys for Plaintiff* | */s/ K. Scott Hamilton (w/permission)*<br>John G. Cameron, Jr.<br>K. Scott Hamilton<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI  48226-3425<br>Telephone: (313) 223-3530<br>Email: jcameron@dickinsonwright.com<br>           hamilton@ dickinsonwright.com<br><br>*Attorneys for Defendant*<br>*Mary Free Bed Rehabilitation Hospital, Inc* |
| | */s/ Christopher A. Cornwall (w/permission)*<br>John G. Cameron, Jr.<br>K. Scott Hamilton<br>Christopher A. Cornwall<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI  48226-3425<br>Telephone: (313) 223-3530<br>Email: jcameron@dickinsonwright.com<br>           hamilton@ dickinsonwright.com<br>           ccornwall@ dickinsonwright.com<br><br>*Attorneys for Defendant*<br>*Pure Architecture & Development, PLLC* |