UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SMITHGROUP, INC., <br><br> Plaintiff, <br> v. <br><br> PURE ARCHITECTURE AND DEVELOPMENT, PLLC d/b/a Pure Architects, and MARY FREE BED REHABILITATION HOSPITAL, INC., a Michigan corporation, <br><br> Defendants. | Case No. 1:24−cv−00249−RJJ−RSK <br><br> Hon. Robert J. Jonker <br><br> JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

On May 22, 2024, in conformance with the Court's Opinion and Order (ECF No. 24-1), this matter has been referred to mediation with the American Arbitration Association ("AAA"). SmithGroup filed its arbitration complaint against Defendants, and Defendants filed an answer and counterclaim.

On October 17, 2024, the AAA appointed Bruce M Pregler as arbitrator. Mr. Pregler is an attorney with the law firm Facca Richter & Pregler located in Troy, MI.

On November 25, 2024, Arbitrator Pregler issued a Scheduling Order setting the following deadlines:

- Document requests exchanged December 2, 2024
- Document production due February 3, 2025
- Witness and exhibit lists due April 21, 2025
- Depositions complete by May 2, 2025

- Dispositive motions due May 30, 2025

- Responses to dispositive motions due June 13, 2025

- Exhibits and hearing exhibits due June 23, 2025

- Arbitration hearing July 21-25, 2025

Additionally, SmithGroup filed a motion for preliminary injunctive relief, which remains pending.  Defendants' responsive briefs are due February 28, 2025.

Respectfully submitted this 3rd day of February, 2025.

| | |
|---|---|
| */s/ John S. LeRoy*<br>John S. LeRoy (P61964)<br>Reza Roghani Esfahani (P83787)<br>**BROOKS KUSHMAN P.C.**<br>150 W. Second St., Suite 400N<br>Royal Oak, MI 48067-3846<br>Telephone: (248) 358-4400<br>Fax: (248) 358-3351<br>Email: jleroy@brookskushman.com<br>         resfahani@brookskushman.com<br><br>*Attorneys for Plaintiff* | */s/ K. Scott Hamilton (w/permission)*<br>John G. Cameron, Jr.<br>K. Scott Hamilton<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI  48226-3425<br>Telephone: (313) 223-3530<br>Email: jcameron@dickinsonwright.com<br>         hamilton@ dickinsonwright.com<br><br>*Attorneys for Defendant*<br>*Mary Free Bed Rehabilitation Hospital, Inc* |
| | */s/ Christopher A. Cornwall (w/permission)*<br>John G. Cameron, Jr.<br>K. Scott Hamilton<br>Christopher A. Cornwall<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI  48226-3425<br>Telephone: (313) 223-3530<br>Email: jcameron@dickinsonwright.com<br>         hamilton@ dickinsonwright.com<br>         ccornwall@ dickinsonwright.com<br><br>*Attorneys for Defendant*<br>*Pure Architecture & Development, PLLC* |